UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States of America,

        Plaintiff,

                          ORDER ADOPTING
v.                    REPORT AND RECOMMENDATION

Byron Keith Kingbird, Jr.,

        Defendant.         Crim. No. 11-148 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

    1.    Defendant's Motion to Suppress Statements, Admissions and Answers [Docket No. 28] be **DENIED**;

    2.    Defendant's Motion to Sever Counts [Docket No. 29] be **DENIED**.

DATED: August 8, 2011                    s/Michael J. Davis
At Minneapolis, Minnesota           Michael J. Davis, Chief Judge
                                              United States District Court